# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 15, 2019

158974

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

*In re* POTTER/LONG, Minors.

SC: 158974
COA: 342731
Wayne CC Family Div:
  15-520808-NA

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

On order of the Court, the application for leave to appeal the December 20, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 15, 2019



t0212

Clerk